```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/19/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA PHANEUF, ADAM SMITH, MIKE GARCIA, JAVIER DELACRUZ, STEVE SILEO, STEVEN BUCCI, DAVID PADILLA, CATHERINE CABRAL, and JOSEPH CABRAL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | CASE NO. 1:14-cv-03298-JMF<br><br>ECF CASE<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 45 DAYS (L. R. 7.1)** |

       1.     On May 7, 2014, Plaintiffs Lisa Phaneuf, Adam Smith, Mike Garcia, Javier Delacruz, Steve Sileo, Steven Bucci, David Padilla, Catherine Cabral, and Joseph Cabral filed a putative class action complaint against Defendant General Motors LLC alleging various claims relating to the ignition switches in various model year vehicles and the recall of vehicles containing such ignition switches;

       2.     Plaintiffs' complaint was served on May 8, 2014, making the answer due on May 29, 2014;

       3.     Neither Plaintiffs nor Defendant have previously requested an extension or adjournment in these proceedings; and

       4.     Counsel for Defendant and counsel for Plaintiffs conferred on May 13, 2014 and agreed to stipulate that the time for Defendant to answer or otherwise respond to Plaintiffs' complaint shall be extended by forty-five (45) days from May 29, 2014 to and including July 14, 2014.

NOW, THEREFORE, the parties hereby stipulate as follows:

1. The time for Defendant to answer, plead or otherwise respond to Plaintiffs' complaint shall be extended by forty-five (45) days from May 29, 2014 to and including July 14, 2014.

Dated: May 19, 2014

Respectfully submitted,
Kirkland & Ellis LLP

*/s/ Lisa LeCointe-Cephas*

Lisa LeCointe-Cephas
lisa.lecointe-cephas@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Richard C. Godfrey, P.C. (to be admitted *pro hac vice*)
rgodfrey@kirkland.com
Robert B. Ellis, P.C. (to be admitted *pro hac vice*)
rellis@kirkland.com
Andrew B. Bloomer, P.C. (to be admitted *pro hac vice*)
abloomer@kirkland.com
Leonid Feller (to be admitted *pro hac vice*)
leonid.feller@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Attorneys for Defendant
General Motors LLC

Dated: May 19, 2014

Respectfully submitted,
Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

_____
D. Greg Blankinship (to be admitted *pro hac vice*)
gblankinship@fbfglaw.com
FINKELSTEIN, BLANKINSHIP, FREI-PEARSON &
GARBER, LLP
1311 Mamaroneck Avenue
White Plains, New York 10605
Telephone: (914) 298-3281
Facsimile: (914) 824-1561

Attorneys for Plaintiffs

SO ORDERED.

_____
Jesse M. Furman
United States District Judge

May 19, 2014