```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
IN RE:                                                              :
                                                                    :
GENERAL MOTORS LLC IGNITION SWITCH                                  :    14-MD-2543 (JMF)
LITIGATION                                                          :    14-MC-2543 (JMF)
                                                                    :
This Document Relates To All Actions                                :    ORDER NO. 19
                                                                    :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2014

**[Regarding Telephonic Access to Court Conferences]**

JESSE M. FURMAN, United States District Judge:

      The Court has arranged for the use of CourtCall, an independent conference call company, to enable counsel and any interested parties (including members of the press) to listen to future conferences in this multidistrict litigation.  In order to use CourtCall to listen to a conference, a party must call CourtCall's reservation desk at (866) 582-6878 no later than **4:00 p.m. Eastern Time one business day prior to each conference date.**  Anyone wishing to listen by telephone after that time must obtain explicit approval to do so from Judge Furman's chambers by calling Siobhan Atkins, Law Clerk to Judge Furman, or Alexandra Barnes, Courtroom Deputy, at (212) 805-0282.

      CourtCall will provide each participant with written confirmation of his or her registration and a number for the participant to call at the appointed time.  The initial charge per participant for a CourtCall appearance is $35 for the first forty-five minutes the participant is connected.  For each fifteen-minute increment thereafter, participants will be charged an additional $7.50.  Unless the Court orders otherwise on good cause shown by letter motion in advance of the conference, all CourtCall participants will be in "listen-only" mode.

      SO ORDERED.

Dated: October 15, 2014
       New York, New York

                                                      _____
                                                      JESSE M. FURMAN
                                                      United States District Judge