```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  02/14/2018
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To All Actions*

-------------------------------------------------------------------------------x

14-MD-2543 (JMF)
14-MC-2543 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      IT IS HEREBY ORDERED that the next status conference in this matter, previously

scheduled to begin at **9:30 a.m.** on **March 23, 2018**, will begin instead at **1:30 p.m.**  Counsel

shall promptly update the MDL website with the new time.

      SO ORDERED.

Dated: February 14, 2018
      New York, New York

_____
JESSE M. FURMAN
United States District Judge

1